IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**KEITH JAY FISCHER and**
**DAWN MARIE FISCHER,**
      **Plaintiffs,**

**v.**                                       **CIVIL ACTION NO. 5:18-CV-167**
                                             **JUDGE FREDERICK P. STAMP, JR.**

**STATE FARM MUTUAL AUTOMBILE**
**INSURANCE COMPANY,**
      **Defendant.**

## DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S BIOGRAPHICAL <u>SKETCH OF EXPERT WITNESS</u>

NOW COMES Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), by counsel, Tiffany R. Durst, Esq., Nathaniel D. Griffith, Esq., and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, pursuant to the Court's *Order Granting Joint Motion Joint Motion to Vacate Scheduling Order as Framed, Directing Parties to File Notice Regarding Mediation, and Third Amended Scheduling Order* [Dkt No. 37], and discloses the biographical sketch for the following expert witness State Farm intends to call at the trial of this matter:

      1.      J. Rudy Martin, Esq. ("Mr. Martin")
                  1531 Clark Road
                  Charleston, West Virginia 25314
                  Telephone: (304) 539-8212
                  RMartin1751@icloud.com

Mr. Martin is currently a practicing attorney licensed in the State of West Virginia. However, Mr. Martin had fourteen (14) years of experience in the insurance industry prior to law school, where he attained the Chartered Financial Consultant, Chartered Life Underwriter, Chartered Property and Casualty Underwriter and Life Underwriter Training Counsel Fellow

professional designations. Additionally, during his tenure in the insurance industry, Mr. Martin worked as both a captive and independent insurance agent, selling all lines of insurance, including personal and commercial property and casualty insurance. He also worked as a sales and agency manager hiring, training and supervising insurance agents. As a manager, Mr. Martin had significant interaction with both underwriters on new business issues, as well as claim handlers on issues related to claims filed by agency clients.

During his years as a practicing attorney, Mr. Martin has been hired on numerous occasions to directly adjust claims for both insurance companies as well as claimants, serving on occasion as the insurance adjuster adjusting the claims to a conclusion and, where necessary, negotiating claim resolution. Mr. Martin holds an adjustor's license in the State of West Virginia.

For further specifics as to Mr. Martin's professional experience, a biographical sketch is attached as "Exhibit A."

Dated this 2nd day of December, 2019.

**Defendant, State Farm Mutual Automobile Insurance Company, By Counsel:**

*/s/ Tiffany R. Durst*

Tiffany R. Durst, State Bar No. 7441
Nathaniel D. Griffith, State Bar No. 11362

*PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC*
2414 Cranberry Square, Morgantown, West Virginia 26508
Telephone: (304) 225-2200 | Facsimile: (304) 225-2214

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**KEITH JAY FISCHER and**
**DAWN MARIE FISCHER,**

  **Plaintiffs,**

**v.**              **CIVIL ACTION NO. 5:18-CV-167**
                **JUDGE FREDERICK P. STAMP, JR.**

**STATE FARM MUTUAL AUTOMBILE**
**INSURANCE COMPANY,**

  **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendant, does hereby certify on this 2nd day of December, 2019, that a true copy of the foregoing "**DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S BIOGRAPHICAL SKETCH OF EXPERT WITNESS**" was served upon opposing counsel by electronically filing it with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Scott S. Blass
Erica Cross Conti
Bordas & Bordas
1358 National Road
Wheeling, WV 26003

David F. Cross
Cross Law Office
727 Charles Street
Wellsburg, WV 26070

              */s/ Tiffany R. Durst*
              Tiffany R. Durst,   State Bar No. 7441
              Nathaniel D. Griffith, State Bar No. 11362
***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***